UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No. 24-cr-10035-JEK<br>(1) HAN LEE, )<br>        Defendant ) | |

## ASSENTED TO STATUS REPORT RE: RULE 11 HEARING

Pursuant to the Court's order on September 5, 2024 (D.E. 97), the government – with the assent of the defendant – responds as follows:

1) There is no plea agreement; and,

2) The defendant is presently detained. *See* D.E. 27. The defendant is not seeking to revisit the issue of detention post-plea.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Lindsey E. Weinstein*
Lindsey E. Weinstein
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Lindsey E. Weinstein*
Lindsey E. Weinstein
Assistant U.S. Attorney

Dated: September 24, 2024