UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 24-10035-JEK |
| ) | |
| HAN LEE, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

The United States of America, through its attorneys, United States Attorney Joshua S. Levy and Assistant U.S. Attorney Lindsey Weinstein, hereby moves – with the assent of the defendant – to continue the sentencing hearing for defendant Han Lee currently scheduled for December 20, 2024 to either January 20, 2025 in the morning, or anytime on January 22, 2025.

As grounds, after conferring with counsel for the defendant and the U.S. Probation Officer assigned to the defendant's presentence investigation, the parties request additional time to provide a fulsome description of the defendant's relevant conduct in this multi-year conspiracy, particularly related to the total proceeds of the prostitution network. Based on the availability of the Court and the parties, the parties propose January 20, 2025, or January 22, 2025 as a new date.

This continuance is in both the public interest and in the interest of the defendant because the additional time will allow for a more accurate and detailed description of the offense conduct, and a more individualized sentencing hearing, in this multi-defendant case that arose from a multi-year investigation.

Accordingly, for the reasons above, the government, with the assent of the defendant, moves to continue this sentencing hearing from December 20, 2024 to a January date that is convenient to the Court and the parties.

        Respectfully submitted,

        JOSHUA S. LEVY
        United States Attorney

By:  */s/ Lindsey E. Weinstein*
    LINDSEY E. WEINSTEIN
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, Massachusetts 02210

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants.

        */s/ Lindsey E. Weinstein*
        LINDSEY E. WEINSTEIN
        Assistant United States Attorney

Date: November 25, 2024