UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                             )<br>)<br>HAN LEE,                       )<br>)<br>Defendant              ) | Crim. No. 24-10035-JEK |

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

The United States of America, with the assent of the defendant, hereby moves to continue the sentencing hearing for defendant Han Lee currently scheduled for January 31, 2025. After conferring with counsel for the defendant and the U.S. Probation Officer assigned to the defendant's presentence investigation, the parties request a continuance to a date in early March 2025 based on the availability of the Court and the parties.

As grounds, the government requests additional time to provide information to Probation to be used in the presentence investigation. The continuance is in the interest of the public and defendant and will allow for a more accurate and detailed description of the offense conduct, and a more individualized sentencing hearing, in this multi-defendant case that arose from a multi-year investigation. Accordingly, the government, with the assent of the defendant, moves to continue this sentencing hearing from January 2025 to either March 3, March 5 or March 7, 2025 at a time that is convenient to the Court and the parties.

                                                    Respectfully submitted,

                                                    JOSHUA S. LEVY
                                                    United States Attorney

                                    By:     /s/ Lindsey E. Weinstein
                                                    LINDSEY E. WEINSTEIN
                                                    Assistant U.S. Attorney
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, Massachusetts 02210

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants.

                                      */s/ Lindsey E. Weinstein*
                                      LINDSEY E. WEINSTEIN
                                      Assistant United States Attorney

Date: January 20, 2024