

# Memorandum

**To:** Honorable Julia E. Kobick, U.S. District Judge

**From:** Samantha Jackson, U.S. Probation Officer

**Date:** January 24, 2025

**Re:** Han Lee, Docket No.: 1:24-cr-10035

---

The above-referenced case is scheduled for sentencing before Your Honor on March 19, 2025.

On September 30, 2024, U.S. Probation Officer Samantha Jackson was assigned the presentence investigation for the above-mentioned case. Despite several requests made to the government, the statement of facts has not yet been received. Due to the anticipated extensive nature of the statement of facts and potentially complex sentencing guidelines, this Officer is requesting that the sentencing date be rescheduled to allow adequate time to complete the presentence investigation in accordance with Rule 32 disclosure timelines, once the statement of facts is received.

1